IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nusko, David R | Case Number: 05 B 28446 |
|---|---|---|
| | Nusko, Juliann Carol | Judge: Goldgar, A. Benjamin |
| | Printed: 03/24/09 | Filed: 7/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 26, 2009
Confirmed:  August 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 70,164.66 | |
| Secured: | | 1,697.66 |
| Unsecured: | | 60,978.96 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,863.72 |
| Other Funds: | | 924.32 |
| Totals: | 70,164.66 | 70,164.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CarMax Auto Finance | Secured | 1,697.66 | 1,697.66 |
| 3. | CarMax Auto Finance | Unsecured | 4,182.78 | 4,182.78 |
| 4. | ECast Settlement Corp | Unsecured | 1,135.71 | 1,135.71 |
| 5. | ECast Settlement Corp | Unsecured | 2,664.65 | 2,664.65 |
| 6. | ECast Settlement Corp | Unsecured | 7,208.99 | 7,208.99 |
| 7. | ECast Settlement Corp | Unsecured | 7,246.46 | 7,246.46 |
| 8. | Jefferson Capital | Unsecured | 5,812.43 | 5,812.43 |
| 9. | ECast Settlement Corp | Unsecured | 2,860.98 | 2,860.98 |
| 10. | Discover Financial Services | Unsecured | 5,908.68 | 5,908.68 |
| 11. | ECast Settlement Corp | Unsecured | 1,044.48 | 1,044.48 |
| 12. | Resurgent Capital Services | Unsecured | 5,389.29 | 5,389.29 |
| 13. | ECast Settlement Corp | Unsecured | 2,528.75 | 2,528.75 |
| 14. | Resurgent Capital Services | Unsecured | 2,779.14 | 2,779.14 |
| 15. | ECast Settlement Corp | Unsecured | 6,217.35 | 6,217.35 |
| 16. | ECast Settlement Corp | Unsecured | 5,999.27 | 5,999.27 |
| 17. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 65,376.62 | $ 65,376.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nusko, David R | Case Number:  05 B 28446 |
| Nusko, Juliann Carol | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  7/18/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 903.23 |
| 5% | 253.24 |
| 4.8% | 486.01 |
| 5.4% | 1,135.50 |
| 6.5% | 632.76 |
| 6.6% | 452.98 |
| | $ 3,863.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

